# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**STYLE OF CASE:** U.S. v. VERNON RAY CEDERSTROM, a/k/a "V-Ray", RUSSELL CYRUS DOWN, a/k/a "Rusty", PETE LACEY, STEFAN GREGORY STANTON, a/k/a "Greg", GEORGE, L/N/U, a/k/a "George the Mennonite"

**CASE NO.** 92-91-CR-ORL-20

## ORDER DIRECTING COUNSEL TO REVIEW AND CERTIFY COMPLIANCE WITH LOCAL RULE 1.04(c)

Not later than 10 days from the date of filing this action, Plaintiff's Counsel shall certify below whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).

DONE AND ORDERED at Orlando, Florida, this 12th day of July, 1989.

G. KENDALL SHARP
United States District Judge

PATRICIA C. FAWSETT
United States District Judge

---

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 1.04(c)

In accordance with Local Rule 1.04(c), I certify that the instant action

[X] **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency, as indicated below:

U.S. v. Michael Keith Taylor

Case No. 92-41-Cr-Orl-18

[ ] **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Counsel for First Listed Plaintiff
Rick L. Jancha

cc: Case File

2