UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              No. _92-91-CR-ORL-20_

VERNON RAY CEDERSTROM
a/k/a "V-Ray"
RUSSELL CYRUS DOWN
a/k/a "Rusty"
PETE LACEY
STEFAN GREGORY STANTON
a/k/a "Greg"
GEORGE, L/N/U
a/k/a "George the Mennonite"

## MOTION TO SEAL INDICTMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and hereby files its Motion to Seal the Indictment returned in the above-styled cause by the grand jury on this date, and as grounds therefor states:

(1) A warrant of arrest has been requested for the defendants. Until the warrant of arrest has been executed it might hinder the efficient administration of justice for the existence of the Indictment in this cause to be publicly known.

(2) Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides that a federal magistrate before whom an indictment is returned may direct that the indictment remain sealed until all defendants are in custody or have been released pending trial.

4

WHEREFORE, the United States prays this Honorable Court will grant its Motion to Seal the Indictment in this cause and will order the Clerk to seal this indictment and will further order that no person shall otherwise disclose the return of the indictment in this cause except when necessary for the issuance and execution of the requested warrant.

ROBERT W. GENZMAN
United States Attorney

By _____
Rick L. Jancha
Assistant United States Attorney
201 Federal Building
80 North Hughey Avenue
Orlando, Florida 32801
407/648-6700

## ORDER

SO ORDERED this 15th day of July, 1992.

_____
UNITED STATES MAGISTRATE JUDGE