GJ #92-2-31

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

VERNON RAY CEDERSTROM, RUSSELL CYRUS DOWN,
PETE LACEY, STEFAN GREGORY STANTON, GEORGE
FREIZIN, JOHNNY CRAWFORD, JORGE GUTTIERREZ,
STEVE HILL, DONALD BRICKER, DAVID JOHNSON,
JOHN DOE #1, HOWE MOORE, RICHARD CODD,
VANCE BRANDON, RICHARD BRANDON, NOE LOPEZ

SUPERSEDING INDICTMENT

No. 92-91-CR-ORL-22



### GOVERNMENT'S NOTICE OF ESTIMATED LENGTH OF TRIAL

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and hereby advises the Court that should this case go to trial it is estimated that the length will be __10 days__.

ROBERT W. GENZMAN
United States Attorney

By _____
Rick L. Jancha
Assistant United States Attorney
201 Federal Building
80 North Hughey Avenue
Orlando, Florida 32801-2280
407/648-6700